WILLIAM P. BAERGER and WILLIAM A. NEMETZ, Copartners, etc., Respondents, v. MABEL LUTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILSON D. LYON and LAUREN M. COWDREY, Copartners, etc., Respondents, v. R. L. PRITCHARD and H. E. HIGGINBOTHAM, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACK KRAFT, an Infant, etc., v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES KRAFT v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALFRED W. LEVI v. JULIA MARSHALL, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN POWER and JAMES H. PONKRASHOFF v. PHILIP SILVERSTEIN, as President of the International Fur Workers Union, and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIDNEY L. WILLSON, as Receiver of AMERICAN WRITING PAPER COMPANY, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELIZABETH A. REILLY v. MAYER ADVERTISING Co., INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM H. GLOVER v. SAM ENTEL and MORRIS ENTEL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer. JJ

JOSEPH VIEIRA v. JAMES E. TYTLER and O-SO-WHITE Co., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS WENDER v. EDWARD L. ROSSITER, Impleaded with MAX TANENBAUM, Appellant. ROSE WENDER and LOUIS WENDER v. EDWARD L. ROSSITER, Impleaded with MAX TANENBAUM, Appellant.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MELVIN L. KRULEWITCH v. MOLLIE LEVY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES MALLOY v. GLEN COVE AND NEW YORK COACH CORPORATION and GEORGE H. DECKER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN FELDMAN v. CHARLES FELDMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHELANGELO VERINI v. EDWARD MOLISANI and ANNA MOLISANI.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.